UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARONDREI HAROLD ABEL-BEY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID,<br><br>　　　　　　Respondent. | No. 2:20-cv-0041 JAM CKD P<br><br><br>ORDER |

Petitioner has requested an extension of time to file and serve an opposition to respondent's April 17, 2020 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Petitioner's motion for an extension of time (ECF No. 17) is granted; and

　　2. Petitioner shall file and serve an opposition within by August 15, 2020. Failure to file an opposition will result in a recommendation that this action be dismissed without prejudice.

Dated: July 9, 2020

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
abel0041.111